```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    DAVID L. DENIER (CSBN 95024)
 4  Assistant United States Attorney
      9th Floor Federal Building
 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-6888
      Fax:       (415) 436-6748
 7
    Attorneys for the United States of America
```

ORIGINAL FILED
08 APR 30 AM 10:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

EMC

| | |
|---|---|
| UNITED STATES OF AMERICA and JEANETTE FARMER, Revenue Officer, | CV No. 08 2239 |
| Petitioners, | **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |
| v. | |
| KEVIN M. HATCHER, | |
| Respondent. | |

Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer, **JEANETTE FARMER,** allege and petition as follows:

1.  This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

2.  Petitioner **JEANETTE FARMER** is and at all times mentioned herein was an employee and officer of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

///

3. Petitioner **JEANETTE FARMER** is and at all times mentioned herein was attempting in the course of her authorized duties to ascertain the assets and liabilities of **KEVIN M. HATCHER** in order to prepare a Collection Information Statement relative to the collection of certain unpaid tax liabilities of **KEVIN M. HATCHER**.

4. Petitioner **JEANETTE FARMER** is and at all times herein was attempting in the course of her authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to her attempt to ascertain the assets and liabilities of **KEVIN M. HATCHER**, for purposes of preparing a Collection Information Statement.

5. Respondent **KEVIN M. HATCHER**'s last known address is 250 King St.. Apt 882, San Francisco, CA 94107-5463, which is within the venue of this Court.

6. Petitioner **JEANETTE FARMER** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income, assets and liabilities, and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7. On October 1, 2007, in accordance with law, petitioner **JEANETTE FARMER** served a summons on respondent **KEVIN M. HATCHER** in respect to the subject matter described in paragraphs 3, 4, and 6 above, by leaving an attested copy of the summons at the last and usual place of abode of the respondent **KEVIN M. HATCHER**. The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as <u>Exhibit A</u> and is hereby incorporated by reference as a part of this petition.

8. The items sought by the summons described in paragraph 7 above are relevant to and can reasonably be expected to assist in the preparation of the Collection Information Statement for **KEVIN M. HATCHER**. It was and now is essential to completion of petitioner's inquiry regarding the preparation of the Collection Information Statement for **KEVIN M. HATCHER** that respondent produce the items demanded by said summons.

9. The respondent did not appear on October 15, 2007, as requested in the summons.

///

10. By letter dated October 31, 2007, respondent **KEVIN M. HATCHER** was provided with another opportunity to comply by appearing for an appointment with petitioner **JEANETTE FARMER** on November 13, 2007. See Exhibit B.

11. As of the date of this petition, the respondent has failed to comply with the summons.

12. All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

13. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summons.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summons as alleged and set forth above, as follows:

A. That the named respondent herein be ordered to appear and show cause before this Court, if any, why respondent should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summons;

B. That respondent be ordered by the Court to appear before the petitioner **JEANETTE FARMER** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summons; and

C. That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID L. DENIER
Assistant United States Attorney
Tax Division

# Summons

## Collection Information Statement

**In the matter of** KEVIN M HATCHER, 250 KING ST APT 882, SAN FRANCISCO, CA 94107-5463
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 7 (27)
**Periods:** Form 1040 for the calendar periods ending December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004

**The Commissioner of Internal Revenue**

**To:** KEVIN M HATCHER
**At:** 250 KING ST APT 882, SAN FRANCISCO, CA 94107-5463

You are hereby summoned and required to appear before JEANETTE FARMER, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 06/01/2007 To 09/25/2007

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

450 GOLDEN GATE AVE, SAN FRANCISCO, CA 94102-3661   (415) 522-4323

**Place and time for appearance:** At 450 GOLDEN GATE AVE, SAN FRANCISCO, CA 94102-3661


**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.4-2005)
Catalog Number 25000Q

on the 15th day of October, 2007 at 10:00 o'clock a.m.

Issued under authority of the Internal Revenue Code this 26th day of September, 2007

JEANETTE FARMER
Signature of issuing officer

REVENUE OFFICER
Title

_____
Signature of approving officer *(if applicable)*

_____
Title


EXHIBIT A

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

Date  10/01/2007

Time  4:08 pm

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):
Jose - Concierge

Signature  *[signed]*

Title  Revenue Officer

**I certify that the copy of the summons served contained the required certification.**

Signature  *[signed]*

Title  Revenue Officer

Catalog No. 25000Q

Form 6637 (Rev. 4-2005)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
160 SPEAR STREET, 9TH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5168
FAX (415) 227-5159

CC:SB:7:SF:1:GL-147689-07
PMontero

Kevin M. Hatcher
250 King Street, Apt. No. 882
San Francisco, California 94107-5463

Dear Mr. Hatcher:

Small Business/Self-Employed Area: Area Collection (Examination) of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on October 1, 2007. Under the terms of the summons, you were required to appear before Revenue Officer Jeanette Farmer on October 15, 2007.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

    Name:    Jeanette Farmer
    Date:    November 13, 2007
    Time:    10:00 AM
  Address:    450 Golden Gate Avenue, Sixth Floor
            San Francisco, California 94102-3661

Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Jeanette Farmer at (415) 522-4323.

Sincerely,

/s/ Patricia Montero

PATRICIA MONTERO
Attorney (SBSE:SF:1)

cc:    Revenue Officer Jeanette Farmer

EXHIBIT B

## VERIFICATION

I, **JEANETTE FARMER**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the San Francisco, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _April 28, 2008_ at San Francisco, California.


_____
JEANETTE FARMER