UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | No. C-08-2239 EMC |
| Petitioners, | |
| v. | **ORDER TO SHOW CAUSE** |
| KEVIN M. HATCHER, | |
| Respondent. _____/ | |

Petitioners have filed a verified petition, asking the Court to enforce the IRS summons served on Respondent Kevin M. Hatcher. Having reviewed the petition, this Court hereby orders Mr. Hatcher to show cause why the IRS summons should not be enforced.

Petitioners shall serve a copy of this order to show cause, along with the verified petition, on Mr. Hatcher no later than May 21, 2008. Service shall comply with Federal Rule of Civil Procedure 4. Mr. Hatcher shall have until June 25, 2008, to file a response to this order to show cause.

///
///
///
///
///
///
///

The parties shall appear before the Court for a hearing on this matter on July 9, 2008, at 10:30 a.m., Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: May 6, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

2