```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:   (415) 436-6888
   Fax:            (415) 436-6748
```

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and JEANETTE FARMER, Revenue Officer,**         ) <br>         ) <br>     Petitioners,         ) <br>         ) <br>     v.         ) <br>         ) <br> **KEVIN M. HATCHER,**         ) <br>         ) <br>     Respondent.         ) <br> _____ ) | NO.  C-08-2239-EMC <br><br> **APPLICATION AND** <br> <u>**ORDER OF DISMISSAL**</u> |

    Petitioners United States of America and Jeanette Farmer hereby advise the Court that they are unable to serve the Order To Show Cause on Respondent Kevin M. Hatcher. Petitioners, therefore, request that this action be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

                                         Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

                                         /s/ David L. Denier
                                         DAVID L. DENIER
                                         Assistant United States Attorney
                                         Attorneys for United States

**O R D E R**

Upon the request of the petitioners and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed without prejudice.

ORDERED this _____ day of June, 2008, at San Francisco, California.

_____
UNITED STATES MAGISTRATE JUDGE

Application & Order Of Dismissal
(No. C-08-2239-EMC)                                    2