```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    DAVID L. DENIER (CSBN 95024)
 4  Assistant United States Attorney
      9th Floor Federal Building
 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-6888
      Fax:       (415) 436-6748
 7
    Attorneys for the United States of America
 8
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and JEANETTE FARMER, Revenue Officer,** )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>**KEVIN M. HATCHER,** )<br>)<br>Respondent. ) | NO. C-08-2239-EMC<br><br>**APPLICATION AND**<br>**ORDER OF DISMISSAL** |

    Petitioners United States of America and Jeanette Farmer hereby advise the Court that they are unable to serve the Order To Show Cause on Respondent Kevin M. Hatcher. Petitioners, therefore, request that this action be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

                                                     Respectfully submitted,

                                                     JOSEPH P. RUSSONIELLO
                                                     United States Attorney

                                                     /s/ David L. Denier
                                                     DAVID L. DENIER
                                                     Assistant United States Attorney
                                                     Attorneys for United States

Application & Order Of Dismissal
(No. C-08-2239-EMC)               1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

Upon the request of the petitioners and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed without prejudice.

ORDERED this ___18th___ day of June, 2008, at San Francisco, California.

_____
UNITED STATES MAGISTRATE JUDGE



Application & Order Of Dismissal
(No. C-08-2239-EMC)                                        2